1  Name       William M. Fischbach, III
2  Bar #      019769
3  Firm       Tiffany & Bosco, P.A.
   Address    2525 East Camelback Road, Third Floor
4
5             Phoenix, AZ 85016
6  Telephone  602-255-6056

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Federal Home Loan Mortgage Corp. )
)
    Plaintiff, )
) **Case No.** 2:09-cv-02156-LOA
    vs. )
) **Corporate Disclosure Statement**
Allison Herrera, )
    Defendant. )
)

    This Corporate Disclosure Statement is filed on behalf of Federal Home Loan Mortgage Corp in compliance with the provisions of: *(check one)*

    __X__  Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    ____  Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    ____  Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

____ No such corporation.

____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____Relationship_____

____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____Relationship_____

_____ Other(please explain)

_____

_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this ___10th___ day of __November_____, __2009___.

_____William M. Fischbach, III_____
Counsel of Record

Certificate of Service:

COPY of the foregoing
mailed this 12th day of
November, 2009, to:

Allison Herrera
15724 East Chandler Heights Rd.
Gilbert, AZ 85296

By: /s/ Paula D. Hillock

- 2 -