| | |
|---|---|
| Name | William M. Fischbach, III |
| Bar # | 019769 |
| Firm | Tiffany & Bosco, P.A. |
| Address | 2525 East Camelback Road, Third Floor |
| | Phoenix, AZ 85016 |
| Telephone | 602-255-6056 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Federal Home Loan Mortgage Corp. )
)
    Plaintiff, )
)
    vs. )
)
Allison Herrera, )
)
    Defendant. )
)

**Case No.** 2:09-cv-02156-LOA

**Corporate Disclosure Statement**

    This Corporate Disclosure Statement is filed on behalf of Federal Home Loan Mortgage Corp in compliance with the provisions of: *(check one)*

    __X__    Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    ____    Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    ____    Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

__X__ No such corporation.

____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____Relationship_____

____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____Relationship_____

____ Other(please explain)

_____

_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this __10th__ day of __November__, __2009__.

__William M. Fischbach, III__
Counsel of Record

Certificate of Service:

```
COPY of the foregoing
mailed this 13th day of
November, 2009, to:

Allison Herrera
15724 East Chandler Heights Rd.
Gilbert, AZ 85296

By: /s/ Paula D. Hillock
```

- 2 -