IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Home Loan Mortgage Corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>Allison Herrera,<br><br>            Defendant. | No. CV09-2156-PHX-SRB<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion to Remand, Request for Award of Attorneys' Fees and Costs Pursuant to 28 U.S.C. 1447(c) and Request for Sanctions Pursuant to Fed.R.Civ.P. 11. Defendant has filed a Memorandum in Opposition and Plaintiff has filed its Reply.

Defendant's Notice of Removal filed October 14, 2009 asserts that Plaintiff's action is one over which this Court has original jurisdiction under 28 U.S.C. § 1331 and therefore, Defendant is authorized to remove it to federal court pursuant to 28 U.S.C. § 1441(b). Defendant also cites 12 U.S.C. § 1452(2)(f) for her claim that because the Federal Home Loan Mortgage Corporation is a party the action is deemed to arise under the laws of the United States and that because Plaintiff, if named as a Defendant in an action is afforded a right to remove, a Defendant sued by the Federal Home Loan Mortgage Corporation should also be granted a right to remove.

1   The Court will first examine the Complaint to determine whether it states a claim 2 under federal law.  The allegations offered by Defendant in her answer cannot give rise to 3 a right of removal.  *See, Tingey v. Pixley-Richards West, Inc.*, 953 F.2d 1124 (9th Cir. 1992). 4 The Complaint filed in Maricopa County Superior Court is a single count Complaint for 5 forcible detainer after a trustee's sale arising under Arizona law.  Plaintiff brings no federal 6 claim. The fact that the Federal Home Loan Mortgage Corporation may have a right to 7 remove when it is sued as prescribed in 12 U.S.C. § 1452(f) does not support a claim for 8 reciprocal removal rights to this Defendant.  28 U.S.C. § 1441 does not provide a basis for 9 this Defendant to remove this state law action to the district court.

10   IT IS ORDERED granting Plaintiff's Motion to Remand.  (Doc. 7).

11   IT IS FURTHER ORDERED remanding this case to the Superior Court of Arizona 12 in and for Maricopa County.

13   IT IS FURTHER ORDERED denying Plaintiff's Request for Award of Attorneys' 14 Fees and Costs Pursuant to 28 U.S.C. 1447(c).  The Court believes the issue of attorneys' 15 fees is best addressed in state court.

16   IT IS FURTHER ORDERED denying the Request for Sanctions Pursuant to 17 Fed.R.Civ.P. 11.  This Court cannot say that the Notice of Removal was filed in violation 18 of Rule 11.

DATED this 15th day of January, 2010.

_____
Susan R. Bolton
United States District Judge