# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

Visit our website at www.azd.uscourts.gov

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

January 19, 2010

Michael Jeans, Clerk
Maricopa County Superior Court
201 West Jefferson
Phoenix, Arizona  85003-2205

**ATTN:    Supervisor, Lower Level File Room**

**RE:      REMAND TO MARICOPA COUNTY SUPERIOR COURT**

**District Court Case Number:    CV 09-2156 PHX-SRB**

**Superior Court Case Number:    CV2009-028753**

Dear Mr. Jeans:

Enclosed is a certified copy of the Order entered in this Court on

 **1/19/10**     remanding the above case to Maricopa County Superior

Court for the State of Arizona.

> Sincerely,
>
> RICHARD H. WEARE, DCE/CLERK OF COURT
>
> Linda S Patton
> Deputy Clerk

Enclosure

cc : All Counsel of Record

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*